# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1773

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Shirley Ann Williams, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: September 6, 2001
Filed: September 21, 2001

_____

Before LOKEN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Shirley Williams pleaded guilty to conspiring to commit mail and wire fraud in violation of 18 U.S.C. § 371. The district court[1] sentenced Williams to 5 months imprisonment, followed by 5 months home detention as a condition of the 2-year supervised release term. On appeal, Williams's attorney has filed a brief and moved to withdraw under Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

Having found no nonfrivolous issues for appeal upon our independent review pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.